ASCENSION LAW GROUP
PAMELA TSAO( 266734)
12341 Newport Ave., Suite B200
North Tustin, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff STEPHEN TURNER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN TURNER, an individual | Case No.: 2:22-cv-06754-MWF-MAA |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| ZYDUS, LLC, a limited liability company, | |
| Defendants. | [Hon. Michael W. Fitzgerald presiding] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Stephen Turner and Defendant ZYDUS, LLC, a limited liability company ("Defendant"), by and through undersigned counsel, hereby stipulate that the above-captioned action is voluntarily dismissed with prejudice in its entirety.  Each party shall bear their own attorneys' fees and costs incurred herein.

SO STIPULATED.

Dated:        January 12, 2023             ASCENSION LAW GROUP, PC

                                           By: /s/ Pamela Tsao
                                               Pamela Tsao

                                           Attorneys for Plaintiff
                                           Stephen Turner

Dated:        January 12, 2023             LAS OFFICES OF ALBERT CHANG

                                           By: /s/ Hector Hsu, Esq.
                                               Hector Hsu

                                           Attorneys for Defendant
                                           ZYDUS, LLC, a limited liability
                                           company