JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN TURNER,<br><br>    Plaintiff,<br><br>    v.<br><br>ZYDUS, LLC,<br><br>    Defendant. | Case No. CV 22-6754-MWF(MAAx)<br><br>ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

Pursuant to the parties' Stipulation of Voluntary Dismissal with Prejudice, and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice. Each party shall bear his or its own costs and attorney's fees. This Court shall retain jurisdiction to enforce the settlement terms between the parties.

**IT IS SO ORDERED.**

Dated: January 12, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge